1546

FILED

FEB 01 2022

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 22-13 |
| v. | (18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2)) |
| THOMAS CROSBY | |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about October 16, 2020, in the Western District of Pennsylvania, the defendant, THOMAS CROSBY, did knowingly possess visual depictions, namely, computer images, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depict prepubescent minors and minors who have not attained 12 years of age, engaging in sexually explicit conduct, all of which had been shipped and transported in interstate and foreign commerce, by means of a computer.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE ALLEGATION

Upon conviction of the violation alleged in this Indictment, the defendant, THOMAS CROSBY, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, any and all of the defendant's right, title, and interest in: Samsung Galaxy A50, SM-S506DL, serial number: R58M935AHWX, IMEI 357857100232851.

A True Bill,

_Bruce_
Foreperson

CINDY K. CHUNG
United States Attorney
PA ID No. 317227