USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the Western District     DISTRICT OF     Pennsylvania

UNITED STATES OF AMERICA

V.

Thomas Crosby

CRIMINAL NUMBER: 2:22-cr-13

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Thomas Crosby, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the _____ District of New Mexico in which I, have been arraigned, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: March 3, 2022 at _____

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the
District of
New Mexico

_____
United States Attorney for the
Western District of
Pennsylvania